IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY L. ELLIS**                                                                                   **PLAINTIFF**
**ADC #116314**

**V.**                              **CASE NO. 4:24-cv-450 JM**

**DOES**                                                                                              **DEFENDANTS**

## ORDER

Plaintiff Corey L. Ellis's complaint (Doc. 1) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 3); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 2nd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE