**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**COREY L. ELLIS**                                                                                          **PLAINTIFF**
**ADC #116314**

**V.**                                     **CASE NO. 4:24-cv-450 JM**

**DOES**                                                                                              **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE